Pedro de la Torre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    v.                          :

TARIK HOOKS              :      MAGISTRATE NO. 13-252-1
                                    :

ORDER

AND NOW, this 27th day of February, 2013, it is hereby

ORDERED

that the Warden of Curran-Fromhold Correctional Facility (CFCF) and Special Agent Joseph Carpenter of the Federal Bureau of Investigation (FBI), produce the body of Tarik Hooks, PP# 798949 on February 28, 2013, for the purpose of an initial appearance before an United States Magistrate Judge in the United State Magistrate Court, and that immediately upon termination of the proceedings, the body of Tarik Hooks, PP# 798949 will be placed at the Federal Detention Center in Philadelphia, PA.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
*United States Magistrate Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

    v.       :       MAGISTRATE NO. 13-252-M-2

TARIK HOOKS       :

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW COMES the United States of America, by its attorneys, and avers as follows:

1. Tarik Hooks, PP# 798949 is a Federal prisoner presently incarcerated at Curran-Fromhold Correctional Facility (CFCF).

2. Tarik Hooks, PP# 798949 is needed on February 28, 2013 for an initial appearance on the Complaint and Warrant issued on February 27, 2013.

WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of Curran-Fromhold Correctional Facility (CFCF) and Special Agent Joseph Carpenter of the Federal Bureau of Investigation (FBI), requiring the persons to produce the above-named prisoner on February 28, 2013, for an initial appearance immediately upon the termination of the proceedings, the body of Tarik Hooks, PP# 798949 be placed at the Federal Detention Center in Philadelphia, PA.

Respectfully yours,

ZANE DAVID MEMEGER
United States Attorney

PEDRO DE LA TORRE
Special Assistant United States Attorney